IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DONALD COONS aka .Ebraich.577Z,

       Plaintiff,                  Civ. No. 11-3138-CL

  v.                                 **ORDER**

OREGON DEPARTMENT OF ENVIRONMENT,

       Defendant.

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation (#7) and the matter is now before me. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Plaintiff filed what I construe as objections (## 11-14). Accordingly, I have reviewed the file of this case *de novo*. See 28 U.S.C. § 636(b)(1)(c);

1 - ORDER

McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F.2d 1309, 1313 (9th Cir. 1981). I conclude the R & R is correct.

I adopt the Report and Recommendation (#7). This matter is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 3 day of February, 2012.

*/s/ Owen M. Panner*

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER